UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Case No.: 6:04-CV-197-ORL-22DAB

INTERSCOPE RECORDS, a California
general partnership; CAROLINE
RECORDS, INC., a New York
corporation; CAPITOL RECORDS,
INC., a Delaware corporation;
MAVERICK RECORDING
COMPANY, a California joint venture;
WARNER BROS. RECORDS INC., a
Delaware corporation; LONDON-SIRE
RECORDS INC., a Delaware
corporation; UMG RECORDINGS, INC.,
a Delaware corporation; SONY MUSIC
ENTERTAINMENT INC., a Delaware
corporation; MOTOWN RECORD
COMPANY, L.P., a California limited
partnership; ARISTA RECORDS, INC.,
a Delaware corporation; FONOVISA,
INC., a California corporation; BMG
MUSIC, a New York general partnership;
ATLANTIC RECORDING
CORPORATION, a Delaware
corporation; ELEKTRA
ENTERTAINMENT GROUP INC., a
Delaware corporation; PRIORITY
RECORDS LLC, a California limited
liability company; and VIRGIN
RECORDS AMERICA, INC., a
California corporation,

                Plaintiffs,

v.

DOES 1 - 25,

                Defendants.

_____

## PLAINTIFFS' COMPLAINT FOR COPYRIGHT INFRINGEMENT
## (INJUNCTIVE RELIEF SOUGHT)

## JURISDICTION AND VENUE

1.      This is a civil action seeking damages and injunctive relief for copyright infringement under the copyright laws of the United States (17 U.S.C. § 101 et seq.).

2.      This Court has jurisdiction under 17 U.S.C. § 101 et seq.; 28 U.S.C. § 1331 (federal question); and 28 U.S.C. § 1338(a) (copyright).

3.      Venue in this District is proper under 28 U.S.C. § 1391(b) and/or 28 U.S.C. § 1400(a).  Although the true identity of each Defendant is unknown to Plaintiffs at this time, on information and belief, each Defendant may be found in this District and/or a substantial part of the acts of infringement complained of herein occurred in this District.  On information and belief, personal jurisdiction in this District is proper because each Defendant, without consent or permission of the copyright owner, disseminated over the Internet copyrighted works owned and/or controlled by the Plaintiffs.  On information and belief, such illegal dissemination occurred in every jurisdiction in the United States, including this one.  In addition, each Defendant contracted with an Internet Service Provider found in this District to provide each Defendant with the access to the Internet which facilitated Defendants' infringing activities.

## PARTIES

4.      Plaintiff Interscope Records is a California general partnership, with its principal place of business in the State of California.

2

5.      Plaintiff Caroline Records, Inc. is a corporation duly organized and existing under the laws of the State of New York, with its principal place of business in New York.

6.      Plaintiff Capitol Records, Inc. is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of New York.

7.      Plaintiff Maverick Recording Company is a joint venture between Maverick Records and Warner Bros. Records Inc., organized and existing under the laws of the State of California, with its principal place of business in the State of California.

8.      Plaintiff Warner Bros. Records Inc. is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of California.

9.      Plaintiff London-Sire Records Inc. is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of New York.

10.      Plaintiff UMG Recordings, Inc. is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of California.

11.      Plaintiff Sony Music Entertainment Inc. is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of New York.

12.     Plaintiff Motown Record Company, L.P. is a limited partnership duly organized and existing under the laws of the State of California, with its principal place of business in the State of New York.

13.     Plaintiff Arista Records, Inc. is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of New York.

14.     Plaintiff Fonovisa, Inc. is a corporation duly organized and existing under the laws of the State of California, with its principal place of business in the State of California.

15.     Plaintiff BMG Music is a general partnership duly organized and existing under the laws of the State of New York, with its principal place of business in the State of New York.

16.     Plaintiff Atlantic Recording Corporation is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of New York.

17.     Plaintiff Elektra Entertainment Group Inc. is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of New York.

18.     Plaintiff Priority Records LLC is a limited liability company with its principal place of business in the State of California.

19.     Plaintiff Virgin Records America, Inc. is a corporation duly organized and existing under the laws of the State of California, with its principal place of business in the State of New York.

20.     The true names and capacities of the Defendants are unknown to Plaintiffs at this time.  Each Defendant is known to Plaintiffs only by the Internet Protocol ("IP") address assigned to that Defendant by his or her ISP on the date and time at which the infringing activity of each Defendant was observed.  See Exhibit A.  Plaintiffs believe that information obtained in discovery will lead to the identification of each Defendant's true name.

## COUNT I

## INFRINGEMENT OF COPYRIGHTS

21.     Plaintiffs incorporate herein by this reference each and every allegation contained in each paragraph above.

22.     Plaintiffs are, and at all relevant times have been, the copyright owners or licensees of exclusive rights under United States copyright law with respect to certain copyrighted sound recordings, including, but not limited to, all of the copyrighted sound recordings on Exhibit A to this Complaint (collectively, these copyrighted sound recordings shall be identified as the "Copyrighted Recordings").  Each of the Copyrighted Recordings is the subject of a valid Certificate of Copyright Registration issued by the Register of Copyrights to each Plaintiff as specified on each page of Exhibit A.

23.     Among the exclusive rights granted to each Plaintiff under the Copyright Act are the exclusive rights to reproduce the Copyrighted Recordings and to distribute the Copyrighted Recordings to the public.

24.     Plaintiffs are informed and believe that each Defendant, without the permission or consent of Plaintiffs, has used, and continues to use, an online media distribution system to download, distribute to the public, and/or make available for distribution to others, certain of the Copyrighted Recordings.  Exhibit A identifies on a Defendant-by-Defendant basis (one Defendant per page) a list of copyrighted recordings that each Defendant has, without the permission or consent of Plaintiffs, downloaded, distributed to the public, and/or made available for distribution to others.  In doing so, each Defendant has violated Plaintiffs' exclusive rights of reproduction and distribution.  Each Defendant's actions constitute infringement of Plaintiffs' copyrights and/or exclusive rights under copyright.  (In addition to the sound recordings listed for each Defendant on Exhibit A, Plaintiffs are informed and believe that each Defendant has, without the permission or consent of Plaintiffs, downloaded, distributed to the public, and/or made available for distribution to others additional sound recordings owned by or exclusively licensed to the Plaintiffs or Plaintiffs' affiliate record labels.)

25.     Plaintiffs are informed and believe that the foregoing acts of infringement have been willful, intentional, and in disregard of and with indifference to the rights of Plaintiffs.

26.     As a result of each Defendant's infringement of Plaintiffs' copyrights and exclusive rights under copyright, Plaintiffs are entitled to statutory damages pursuant to 17 U.S.C. § 504(c) against each Defendant for each infringement by the Defendant of each

copyrighted recording.  Plaintiffs further are entitled to their attorneys' fees and costs pursuant to 17 U.S.C. § 505.

27.     The conduct of each Defendant is causing and, unless enjoined and restrained by this Court, will continue to cause Plaintiffs great and irreparable injury that cannot fully be compensated or measured in money.  Plaintiffs have no adequate remedy at law.  Pursuant to 17 U.S.C. §§ 502 and 503, Plaintiffs are entitled to injunctive relief prohibiting each Defendant from further infringing Plaintiffs' copyrights, and ordering that each Defendant destroy all copies of copyrighted sound recordings made in violation of Plaintiffs' exclusive rights.

WHEREFORE, Plaintiffs pray for judgment against each Defendant as follows:

1.     For an injunction providing:

"Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the Copyrighted Recordings and any sound recording, whether now in existence or later created, that is owned or controlled by Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (*i.e.,* download) any of Plaintiffs' Recordings, to distribute (*i.e.,* upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to

a lawful license or with the express authority of Plaintiffs.  Defendant

also shall destroy all copies of Plaintiffs' Recordings that Defendant

has downloaded onto any computer hard drive or server without

Plaintiffs' authorization and shall destroy all copies of those

downloaded recordings transferred onto any physical medium or

device in Defendant's possession, custody, or control."

2.      For statutory damages for each infringement of each Copyrighted

Recording pursuant to 17 U.S.C. § 504.

3.      For Plaintiffs' costs in this action.

4.      For Plaintiffs' reasonable attorneys' fees incurred herein.

5.      For such other and further relief as the Court may deem just and proper.

DATED: __2|17|2004__         __K. Dnrl  for  Fla. Bar No. 0523771__

                                     Karen L. Stetson
                                     Florida Bar No. 742937
                                     Trial Counsel
                                     Broad and Cassel
                                     201 South Biscayne Blvd., Suite 3000
                                     Miami, Florida 33131
                                     Telephone: (305) 373-9400
                                     Facsimile: (305) 373-9443

                                     ATTORNEYS FOR PLAINTIFFS

**Exhibit A**

**Doe #1 (24.73.44.203 2003-11-07 14:16:38 (EST))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Capitol Records, Inc. | Bonnie Raitt | I Can't Make You Love Me | Luck of the Draw | 133-193 |
| Elektra Entertainment Group Inc. | En Vogue | Don't Let Go (Love) | EV3 | 188-664 |
| Arista Records, Inc. | Usher | U Don't Have to Call | 8701 | 307-207 |
| Sony Music Entertainment Inc. | Celine Dion | Because You Loved Me | Falling Into You | 224-159 |
| Interscope Records | Dr. Dre | Still D.R.E. | 2001 | 277-983 |
| Sony Music Entertainment Inc. | Johnny Kemp | Just Got Paid | Secrets of Flying | 92-433 |
| Arista Records, Inc. | Whitney Houston | Exhale (Shoop, Shoop) | Waiting to Exhale Soundtrack | 219-539 |
| Atlantic Recording Corporation | Trick Daddy | Take It to da House | Thugs Are Us | 303-748 |

**Exhibit A**

**Doe #2 (65.33.34.2 2003-11-28 03:07:49 (EST))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Arista Records, Inc. | Outkast | Ms. Jackson | Stankonia | 306-741 |
| Sony Music Entertainment Inc. | Cypress Hill | Latin Lingo | Cypress Hill | 134-573 |
| Capitol Records, Inc. | Radiohead | My Iron Lung | The Bends | 280-260 |
| UMG Recordings, Inc. | DMX | Intro | It's Dark And Hell Is Hot | 252-613 |
| UMG Recordings, Inc. | Nirvana | Breed | Nevermind | 135-335 |
| Warner Bros. Records Inc. | Chris Isaak | Wicked Game | Heart Shaped World | 107-765 |
| Virgin Records America, Inc. | Lenny Kravitz | I Belong To You | 5 | 261-538 |
| UMG Recordings, Inc. | Aqua | Barbie Girl | Aquarium | 243-903 |

**Exhibit A**

**Doe  #3 (65.35.1.60 2003-10-11 05:23:58 (EDT))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Interscope Records | Enrique Iglesias | Be With You | Enrique | 214-257 |
| Fonovisa, Inc. | Los Temerarios | Es Ella La Causa | Como Te Recuerdo | 250-381 |
| Sony Music Entertainment Inc. | Jennifer Lopez | Feelin' So Good | On The 6 | 267-571 |
| UMG Recordings, Inc. | DMX | Party Up | ...And Then There Was X | 279-017 |
| UMG Recordings, Inc. | DMX | Slippin' | Flesh of My Flesh, Blood Of My Blood | 188-987 |
| Fonovisa, Inc. | Los Temerarios | Te Hice Mal | En La Madrugada Se Fue | 278-322 |
| UMG Recordings, Inc. | U2 | Walk On | All That You Can't Leave Behind | 294-631 |
| UMG Recordings, Inc. | Ludacris | What's Your Fantasy | Back For the First Time | 289-433 |
| Fonovisa, Inc. | Los Bukis | Yo Te Necesito | Yo Te Necesito | 149-684 |

**Exhibit A**

**Doe  #4 (24.73.7.166 2003-11-29 04:47:40 (EST))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Elektra Entertainment Group Inc. | Keith Sweat | I'll Trade (A Million Bucks) feat. Lil' Mo | Didn't See Me Coming | 293-086 |
| Sony Music Entertainment Inc. | Marvin Gaye | Sexual Healing | Midnight Love | 41-568 |
| Elektra Entertainment Group Inc. | Missy Elliot | Best Friends | Supa Dupa Fly | 245-232 |
| Arista Records, Inc. | Kenny G | Don't Make Me Wait For Love | Duotones | 79-028 |
| BMG Music | Busta Rhymes | Break Ya Neck | Genesis | 312-547 |
| Sony Music Entertainment Inc. | The Puppies | Funky Y 2 C | The Puppies | 195-963 |
| Motown Record Company, L.P. | Boyz II Men | I'll Make Love to You | II | 196-004 |
| UMG Recordings, Inc. | Mary J. Blige | Not Goin' Cry | Share My World | 238-818 |

**Exhibit A**

**Doe #5 (65.33.228.208 2003-11-21 20:27:02 (EST))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Sony Music Entertainment Inc. | Savage Garden | The Best Thing | Affirmation | 276-120 |
| Atlantic Recording Corporation | Bad Religion | American Jesus | Recipe for Hate | 172-147 |
| UMG Recordings, Inc. | Nelly | Batter Up | Country Grammar | 281-782 |
| BMG Music | Lit | My Own Worst Enemy | A Place in the Sun | 264-272 |
| BMG Music | Clint Black | When I Said I Do | D' Lectrified | 270-778 |
| BMG Music | Kenny Chesney | You Had Me From Hello | Everywhere We Go | 263-302 |
| Virgin Records America, Inc. | UB40 | Red Red Wine | Labour of Love | 49-244 |
| Interscope Records | Limp Bizkit | Break Stuff | Significant Other | 279-827 |
| BMG Music | Kenny Chesney | Fall In Love | All I Need to Know | 208-984 |
| Arista Records, Inc. | Alan Jackson | Margaritaville | Under The Influence | 303-828 |

**Exhibit A**

**Doe #6 (24.208.245.137 2003-11-28 11:12:31 (EST))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| BMG Music | O-Town | All Or Nothing | O-Town | 294-872 |
| Priority Records LLC | Lil' Romeo | My Baby | Lil Romeo | 317-620 |
| Arista Records, Inc. | Santana | Love of My Life | Supernatural | 289-833 |
| Arista Records, Inc. | Usher | Can U Help Me | 8701 | 307-207 |
| BMG Music | Christina Aguilera | Genie in a Bottle | Christina Aguilera | 274-004 |
| UMG Recordings, Inc. | Ludacris | Phat Rabbit | Back For the First Time | 289-433 |
| Interscope Records | Eminem | The Real Slim Shady | The Marshall Mathers LP | 287-944 |
| UMG Recordings, Inc. | Nelly | Batter Up | Country Grammar | 281-782 |
| UMG Recordings, Inc. | Ludacris | Roll Out | Word of Mouf | 304-605 |

**Exhibit A**

**Doe #7 (24.73.57.118 2003-11-21 19:39:31 (EST))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| BMG Music | Lonestar | Not a Day Goes By | I'm Already There | 298-550 |
| Warner Bros. Records Inc. | Barenaked Ladies | One Week | Stunt | 257-724 |
| Priority Records LLC | Ice Cube | Wicked | The Predator | 169-617 |
| Maverick Recording Company | Michelle Branch | All You Wanted | The Spirit Room | 303-732 |
| BMG Music | Busta Rhymes | Pass the Courvoisier | Genesis | 312-547 |
| BMG Music | Kenny Chesney | The Good Stuff | No Shoes, No Shirt, No Problems | 308-547 |
| UMG Recordings, Inc. | Shania Twain | From This Moment On | Come On Over | 243-502 |
| Sony Music Entertainment Inc. | Savage Garden | I Knew I Loved You | Affirmation | 276-120 |
| Virgin Records America, Inc. | UB40 | Can't Help Falling In Love | Promises And Lies | 186-039 |

## Exhibit A

## Doe #8 (65.35.100.28 2003-11-22 15:05:23 (EST))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Arista Records, Inc. | Dido | Here With Me | No Angel | 289-904 |
| UMG Recordings, Inc. | Nirvana | Come As You Are | Nevermind | 135-335 |
| Sony Music Entertainment Inc. | Jennifer Lopez | Love Don't Cost a Thing | J. Lo | 293-297 |
| Warner Bros. Records Inc. | Linkin Park | Cure For The Itch | Hybrid Theory | 288-402 |
| Maverick Recording Company | Michelle Branch | All You Wanted | The Spirit Room | 303-732 |
| Interscope Records | No Doubt | Underneath it All | Rock Steady | 305-872 |
| Interscope Records | No Doubt | Bathwater | Return Of Saturn | 279-727 |
| Sony Music Entertainment Inc. | Dead or Alive | You Spin Me 'Round (Like a Record) | Youthquake | 68-224 |
| UMG Recordings, Inc. | Sheryl Crow | Strong Enough | Tuesday Night Music Club | 209-823 |

**Exhibit A**

**Doe #9 (65.35.50.4 2003-11-30 19:26:02 (EST))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | DMX | What These Bitches Want | ...And Then There Was X | 279-017 |
| UMG Recordings, Inc. | DMX | Ruff Ryders' Anthem | It's Dark And Hell Is Hot | 252-613 |
| Sony Music Entertainment Inc. | The Puppies | Funky Y 2 C | The Puppies | 195-963 |
| BMG Music | Christina Aguilera | Genie in a Bottle | Christina Aguilera | 274-004 |
| Interscope Records | Eminem | Marshall Mathers | The Marshall Mathers LP | 287-944 |
| Virgin Records America, Inc. | Spice Girls | 2 Become 1 | Spice | 201-276 |

**Exhibit A**

**Doe #10 (65.35.104.188 2003-11-25 18:57:03 (EST))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| BMG Music | SWV | Rain | Release Some Tension | 249-300 |
| Arista Records, Inc. | Next | Wifey | Welcome II Nextasy | 284-980 |
| Sony Music Entertainment Inc. | Sporty Theivz | Pigeons | Street Cinema | 264-404 |
| Arista Records, Inc. | Usher | U R the One | 8701 | 307-207 |
| Sony Music Entertainment Inc. | Nas | The Flyest | Stillmatic | 305-698 |
| Sony Music Entertainment Inc. | Celine Dion | My Heart Will Go On | Let's Talk About Love | 248-109 |
| BMG Music | Tyrese | Sweet Lady | Tyrese | 237-788 |
| UMG Recordings, Inc. | Dru Hill | Angel | Enter the Dru | 290-402 |

**Exhibit A**

**Doe #11 (24.95.239.126 2003-11-24 21:57:37 (EST))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Capitol Records, Inc. | Bobby McFerrin | Don't Worry, Be Happy | Simple Pleasures | 97-575 |
| Capitol Records, Inc. | Bob Seger | Against the Wind | Against the Wind | 17-910 |
| UMG Recordings, Inc. | Sting | After The Rain Has Fallen | Brand New Day | 271-015 |
| Maverick Recording Company | Alanis Morissette | You Oughta Know | Jagged Little Pill | 213-545 |
| Interscope Records | No Doubt | Hey Baby | Rock Steady | 305-872 |
| UMG Recordings, Inc. | Elton John | Philadelphia Freedom | Captain Fantastic | N26203 |
| Capitol Records, Inc. | Bob Seger | We've Got Tonight | Stranger in Town | 5-591 |
| BMG Music | Dave Matthews Band | Crash Into Me | Crash | 212-572 |
| Sony Music Entertainment Inc. | Jennifer Lopez | Love Don't Cost a Thing | J. Lo | 293-297 |
| Sony Music Entertainment Inc. | Destiny's Child | Hey Ladies | The Writing's on the Wall | 268-936 |

**Exhibit A**

**Doe #12 (65.35.103.0 2003-11-23 19:24:48 (EST))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Elektra Entertainment Group Inc. | Vitamin C | The Itch | More | 290-005 |
| Interscope Records | Dr. Dre | Forgot About Dre | 2001 | 277-983 |
| Sony Music Entertainment Inc. | Fiona Apple | Shadowboxer | Tidal | 227-923 |
| UMG Recordings, Inc. | Ja Rule | 6 Feet Underground | Rule 3:36 | 270-080 |
| Arista Records, Inc. | Avril Lavigne | I'm With You | Let Go | 312-786 |
| UMG Recordings, Inc. | Bon Jovi | Livin' on a Prayer | Slippery When Wet | 71-794 |
| Arista Records, Inc. | Usher | You Make Me Wanna | My Way | 257-730 |
| Maverick Recording Company | Alanis Morissette | You Learn | Jagged Little Pill | 213-545 |
| Elektra Entertainment Group Inc. | Eagles | Hotel California | Hotel California | N38950 |

**Exhibit A**

**Doe #13 (65.35.110.29 2003-11-29 08:22:56 (EST))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Sony Music Entertainment Inc. | Mariah Carey | Thank God I Found You | Rainbow | 276-595 |
| UMG Recordings, Inc. | DMX | No Love 4 Me | Flesh of My Flesh, Blood Of My Blood | 188-987 |
| UMG Recordings, Inc. | Lost Boyz | Music Makes Me High | Legal Drug Money | 222-734 |
| Sony Music Entertainment Inc. | Mariah Carey | Forever | Daydream | 215-243 |
| Arista Records, Inc. | Usher | If I Want To | 8701 | 307-207 |
| Arista Records, Inc. | Whitney Houston | If You Say My Eyes Are Beautiful | Whitney The Greatest Hits | 284-891 |
| UMG Recordings, Inc. | Nelly | St. Louie | Country Grammar | 281-782 |
| BMG Music | Tyrese | Just a Baby Boy | 2000 Watts | 293-345 |
| Warner Bros. Records Inc. | Jaheim | Could It Be | Ghetto Love | 295-088 |

**Exhibit A**

**Doe  #14 (24.92.131.195 2003-11-27 04:56:08 (EST))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Interscope Records | Eminem | Paul (Skit) | The Marshall Mathers LP | 287-944 |
| UMG Recordings, Inc. | George Strait | I Cross My Heart | Pure Country | 146-421 |
| Capitol Records, Inc. | MC Hammer | U Can't Touch This | Please Hammer Don't Hurt 'Em | 133-683 |
| Elektra Entertainment Group Inc. | Eagles | Life in the Fast Lane | Hotel California | N38950 |
| BMG Music | Kenny Chesney | I Lost It | Greatest Hits | 277-700 |
| Capitol Records, Inc. | Poison | Your Mama Don't Dance | Open Up & Say....Ahh! | 93-741 |
| BMG Music | Kenny Chesney | She's Got It All | I Will Stand | 238-371 |
| Arista Records, Inc. | Brooks & Dunn | Only in America | Steers & Stripes | 294-305 |

**Exhibit A**

**Doe #15 (65.35.3.194 2003-11-29 20:03:50 (EST))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| BMG Music | Tyrese | Sweet Lady | Tyrese | 237-788 |
| Arista Records, Inc. | Next | Wifey | Welcome II Nextasy | 284-980 |
| Arista Records, Inc. | TLC | Unpretty | Fanmail | 298-454 |
| Sony Music Entertainment Inc. | Michael Jackson | Billie Jean | Thriller | 41-965 |
| Arista Records, Inc. | Usher | Nice and Slow | My Way | 257-730 |
| UMG Recordings, Inc. | Nelly | For My | Country Grammar | 281-782 |

## Exhibit A

### Doe #16 (24.95.237.182 2003-11-21 19:34:00 (EST))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Sony Music Entertainment Inc. | Korn | Shoots And Ladders | Korn | 201-939 |
| Elektra Entertainment Group Inc. | Pantera | Hellbound | Reinventing the Steel | 267-228 |
| Capitol Records, Inc. | Megadeth | In My Darkest Hour | So Far, So Good...So What! | 93-267 |
| Capitol Records, Inc. | Megadeth | Peace Sells | Peace Sells...But Who's Buying? | 81-043 |
| BMG Music | Kenny Chesney | You Had Me From Hello | Everywhere We Go | 263-302 |

**Exhibit A**

**Doe #17 (66.25.106.104 2003-11-20 11:52:44 (EST))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | George Strait | Adalida | Lead On | 200-310 |
| Sony Music Entertainment Inc. | Dixie Chicks | I Can Love You Better | Wide Open Spaces | 252-000 |
| Capitol Records, Inc. | Bob Seger | Against the Wind | Against the Wind | 17-910 |
| Warner Bros. Records Inc. | Madonna | Don't Tell Me | Music | 285-828 |
| BMG Music | Dave Matthews Band | Everyday | Everyday | 300-313 |

**Exhibit A**

**Doe #18 (24.95.245.162 2003-11-27 08:54:38 (EST))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Sony Music Entertainment Inc. | Michael Jackson | Don't Stop Til You Get Enough | Off The Wall | 11-120 |
| Warner Bros. Records Inc. | Zapp | Dance Floor | Zapp II | 37-321 |
| Motown Record Company, L.P. | Erykah Badu | Didn't Cha Know | Mama's Gun | 295-614 |
| UMG Recordings, Inc. | Sublime | Thanx Dub | Second Hand Smoke | 246-011 |
| BMG Music | Tyrese | Sweet Lady | Tyrese | 237-788 |
| UMG Recordings, Inc. | The Gap Band | Humpin' | Gap Band III | 23-665 |
| Virgin Records America, Inc. | UB40 | Red Red Wine | Labour of Love | 49-244 |
| Arista Records, Inc. | Kenny G | Brahms Lullaby | Miracles | 206-848 |

**Exhibit A**

**Doe #19 (24.26.58.191 2003-11-22 04:24:28 (EST))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Maverick Recording Company | Deftones | My Own Summer | Around The Fur | 244-493 |
| BMG Music | Christina Aguilera | Genie in a Bottle | Christina Aguilera | 274-004 |
| Elektra Entertainment Group Inc. | Marvelous 3 | Cold As Hell | ReadySexGo | 267-236 |
| Capitol Records, Inc. | Beastie Boys | So What'Cha Want | Check Your Head | 197-458 |
| Arista Records, Inc. | Avril Lavigne | Losing Grip | Let Go | 312-786 |
| Caroline Records, Inc. | Smashing Pumpkins | Siva | Gish | 140-511 |
| Sony Music Entertainment Inc. | Korn | Blind | Korn | 201-939 |
| Sony Music Entertainment Inc. | Celine Dion | My Heart Will Go On | Let's Talk About Love | 248-109 |

**Exhibit A**

**Doe #20 (65.33.157.131 2003-11-28 05:09:23 (EST))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Elektra Entertainment Group Inc. | Third Eye Blind | How's It Going to Be | Third Eye Blind | 188-673 |
| BMG Music | SR-71 | Right Now | Now You See Inside | 283-812 |
| Motown Record Company, L.P. | 98 Degrees | I Do (Cherish You) | 98 Degrees & Rising | 237-315 |
| UMG Recordings, Inc. | Ludacris | Southern Hospitality | Back For the First Time | 289-433 |
| Elektra Entertainment Group Inc. | Tracy Chapman | Fast Car | Tracy Chapman | 92-491 |
| BMG Music | Dave Matthews Band | Too Much | Crash | 212-572 |

**Exhibit A**

**Doe #21 (24.26.105.127 2003-11-27 02:09:16 (EST))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Arista Records, Inc. | Kenny G | What A Wonderful World | Classics In The Key Of G | 289-898 |
| BMG Music | Martina McBride | A Broken Wing | Evolution | 240-332 |
| Motown Record Company, L.P. | Boyz II Men | On Bended Knee | II | 196-004 |
| Sony Music Entertainment Inc. | Dixie Chicks | You Were Mine | Wide Open Spaces | 252-000 |
| Interscope Records | Enrique Iglesias | Could I Have This Kiss Forever | Enrique | 214-257 |
| Warner Bros. Records Inc. | Faith Hill | If My Heart Had Wings | Breathe | 276-629 |
| Elektra Entertainment Group Inc. | Eagles | Life in the Fast Lane | Hotel California | N38950 |

**Exhibit A**

**Doe  #22 (24.28.28.239 2003-10-27 22:04:34 (EST))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| BMG Music | SWV | I'm So Into You | It's About Time | 146-905 |
| UMG Recordings, Inc. | Rob Zombie | Living Dead Girl | Hellbilly Deluxe | 257-901 |
| Maverick Recording Company | Erasure | In My Arms | Cowboy | 235-192 |
| UMG Recordings, Inc. | Berlin | Take My Breath Away | Count Three and Pray | 72-521 |
| London-Sire Records Inc. | Erasure | Oh l'Amour | Wonderland | 69-758 |
| Elektra Entertainment Group Inc. | 10,000 Maniacs | Candy Everybody Wants | Our Time in Eden | 146-746 |

**Exhibit A**

**Doe #23 (24.92.190.36 2003-11-02 12:13:46 (EST))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Capitol Records, Inc. | Blondie | Heart of Glass | Parallel Lines | 4-090 |
| Arista Records, Inc. | Avril Lavigne | Complicated | Let Go | 312-786 |
| Sony Music Entertainment Inc. | Nas | You Won't See Me Tonight (Featuring Aaliyah) | I Am | 175-149 |
| Arista Records, Inc. | Usher | Nice and Slow | My Way | 257-730 |
| Capitol Records, Inc. | Richard Marx | Right Here Waiting | Repeat Offender | 103-712 |
| UMG Recordings, Inc. | Nelly | Luven Me | Country Grammar | 281-782 |

**Exhibit A**

**Doe #24 (24.208.194.217 2003-11-28 04:01:40 (EST))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Capitol Records, Inc. | Billy Idol | Dancing With Myself | Billy Idol | 39-673 |
| Capitol Records, Inc. | MC Hammer | U Can't Touch This | Please Hammer Don't Hurt 'Em | 133-683 |
| Sony Music Entertainment Inc. | Michael Jackson | Billie Jean | Thriller | 41-965 |
| BMG Music | Vertical Horizon | Everything You Want | Everything You Want | 277-868 |
| Sony Music Entertainment Inc. | Michael Jackson | She's Out Of My Life | Off The Wall | 11-120 |
| Elektra Entertainment Group Inc. | Phish | Farmhouse | Farmhouse | 281-388 |
| Atlantic Recording Corporation | Trick Daddy | Take It to da House | Thugs Are Us | 303-748 |
| Warner Bros. Records Inc. | Fleetwood Mac | Go Your Own Way | Rumours | N39857 |
| Arista Records, Inc. | Robert Miles | One And One | Dream Land | 225-337 |
| Sony Music Entertainment Inc. | Billy Joel | We Didn't Start the Fire | Storm Front | 109-420 |

**Exhibit A**

**Doe  #25 (24.165.233.206 2003-09-28 08:55:22 (EDT))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Capitol Records, Inc. | Blondie | Heart of Glass | Parallel Lines | 4-090 |
| Sony Music Entertainment Inc. | Michael Bolton | How Am I Supposed To Live Without You | Soul Provider | 106-829 |
| Capitol Records, Inc. | Duran Duran | Hungry Like the Wolf | Rio | 38-444 |
| UMG Recordings, Inc. | Elton John | Sorry Seems To Be The Hardest Word | To Be Continued | 127-149 |
| Sony Music Entertainment Inc. | Cyndi Lauper | Time After Time | She's So Unusual | 50-827 |
| Warner Bros. Records Inc. | Chris Isaak | Wicked Game | Heart Shaped World | 107-765 |