FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

04 FEB 17 AM 11: 1

| | |
|---|---|
| INTERSCOPE RECORDS, a California general partnership; CAROLINE RECORDS, INC., a New York corporation; CAPITOL RECORDS, INC., a Delaware corporation; MAVERICK RECORDING COMPANY, a California joint venture; WARNER BROS. RECORDS INC., a Delaware corporation; LONDON-SIRE RECORDS INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; SONY MUSIC ENTERTAINMENT INC., a Delaware corporation; MOTOWN RECORD COMPANY, L.P., a California limited partnership; ARISTA RECORDS, INC., a Delaware corporation; FONOVISA, INC., a California corporation; BMG MUSIC, a New York general partnership; ATLANTIC RECORDING CORPORATION, a Delaware corporation; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; PRIORITY RECORDS LLC, a California limited liability company; and VIRGIN RECORDS AMERICA, INC., a California corporation, | Case No.: 6:04-cv-197-orl-22DAB |

Plaintiffs,

v.

DOES 1 - 25,

Defendants.

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

I hereby disclose the following pursuant to Federal Rule of Civil Procedure 7.1:

1.     the names of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including

2

subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

Plaintiff INTERSCOPE RECORDS is a subsidiary of Vivendi Universal, S.A., which is publicly traded in the United States.

Plaintiff CAROLINE RECORDS, INC.'s ultimate parent is EMI Group PLC, which is publicly traded in the U.K.

Plaintiff CAPITOL RECORDS, INC.'s parent corporation is EMI Group PLC, a company publicly traded in the U.K.

Plaintiff MAVERICK RECORDING COMPANY is a joint venture between Maverick Records, which is not publicly traded, and Warner Bros. Records Inc., whose parent is Time Warner Inc., which is publicly traded in the U.S.

Plaintiff WARNER BROS. RECORDS INC.'s parent corporations are Warner Communications Inc.; Time Warner Companies Inc.; and, Time Warner Inc., which is publicly traded in the United States.

Plaintiff LONDON-SIRE RECORDS INC. is a subsidiary of Warner Communications Inc.; Time Warner Companies Inc.; and, Time Warner Inc., which is publicly traded in the United States.

Plaintiff UMG RECORDINGS, INC.'s parent corporation is Vivendi Universal, S.A., which is publicly traded in the United States.

Plaintiff SONY MUSIC ENTERTAINMENT INC.'s parent company is Sony Corporation of America, which is publicly traded in the United States.

Plaintiff MOTOWN RECORD COMPANY, L.P. is a subsidiary of Vivendi Universal, S.A., which is publicly traded in the United States.

Plaintiff ARISTA RECORDS, INC. is a unit of Bertelsmann, Inc., which is not publicly traded.

Plaintiff FONOVISA, INC. is a subsidiary of Univision Music, Inc.; and, Univision Communications, Inc., which is publicly traded in the United States.

Plaintiff BMG MUSIC is a unit of Bertelsmann, Inc. and Bertelsmann AG, neither of which are publicly traded.

Plaintiff ATLANTIC RECORDING CORPORATION is a subsidiary of Warner Communications Inc.; Time Warner Companies Inc.; and, Time Warner Inc., which is publicly traded in the United States.

3

Plaintiff ELEKTRA ENTERTAINMENT GROUP INC. is a subsidiary of Warner Communications Inc.; Time Warner Companies Inc.; and, Time Warner Inc., which is publicly traded in the United States.

Plaintiff PRIORITY RECORDS LLC's parent is EMI Group PLC, which is publicly traded in the U.K.

Plaintiff VIRGIN RECORDS AMERICA, INC's parent is EMI Group PLC, which is publicly traded in the U.K.

2. the names of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

None.

3. the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditor's committee (or twenty largest unsecured creditors) in bankruptcy cases:

None.

4. the name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

INTERSCOPE RECORDS, a California general partnership; CAROLINE RECORDS, INC., a New York corporation; CAPITOL RECORDS, INC., a Delaware corporation;

4

MAVERICK RECORDING COMPANY, a California joint venture; WARNER BROS. RECORDS INC., a Delaware corporation; LONDON-SIRE RECORDS INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; SONY MUSIC ENTERTAINMENT INC., a Delaware corporation; MOTOWN RECORD COMPANY, L.P., a California limited partnership; ARISTA RECORDS, INC., a Delaware corporation; FONOVISA, INC., a California corporation; BMG MUSIC, a New York general partnership; ATLANTIC RECORDING CORPORATION, a Delaware corporation; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; PRIORITY RECORDS LLC, a California limited liability company; and VIRGIN RECORDS AMERICA, INC., a California corporation,

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

DATED: 2/17/2004

K Donk for Fla. Bar No. 0523771

Karen L. Stetson
Florida Bar No. 742937
Trial Counsel
Broad and Cassel
201 South Biscayne Blvd., Suite 3000
Miami, Florida 33131
Telephone: (305) 373-9400
Facsimile: (305) 373-9443

ATTORNEYS FOR PLAINTIFFS

5