FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

04 MAR -3 AM 10: 44

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

INTERSCOPE RECORDS; CAROLINE RECORDS, INC.;
CAPITOL RECORDS, INC.; MAVERICK RECORDING
COMPANY; WARNER BROTHERS RECORDS, INC.; LONDON-
SIRE RECORDS, INC.; UMG RECORDINGS, INC.; SONY MUSIC
ENTERTAINMENT, INC.; MOTOWN RECORD COMPANY,
L.P.; ARISTA RECORDS, INC.; FONOVISA, INC.; BMG MUSIC;
ATLANTIC RECORDING CORPORATION; ELEKTRA
ENTERTAINMENT GROUP, INC.; PRIORITY RECORDS LLC;
and VIRGIN RECORDS AMERICA, INC.,

        Plaintiffs,

v.                      Case No. 6:04-cv-197-Orl-22DAB

DOES 1—25,

        Defendants.

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(c), I certify that the instant action:

____ IS     related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

................................................................................................................
................................................................................................................
................................................................................................................
................................................................................................................

_x_ IS NOT     related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than eleven days after appearance of the party.

Dated:    2/26/04

_Karen L. Stetson_
Counsel of Record or Pro Se Party
[Address and Telephone]

Karen L. Stetson, Esq.
Broad and Cassel
Attorneys for Plaintiffs
201 S. Biscayne Boulevard
Suite 3000
Miami, FL 33131
(305) 374-9400