FILED

2004 APR -1  AM 8: 42

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

INTERSCOPE RECORDS; CAROLINE
RECORDS, INC.; CAPITOL RECORDS,
INC.; MAVERICK RECORDING
COMPANY; WARNER BROTHERS
RECORDS, INC.; LONDON-SIRE
RECORDS, INC.; UMG RECORDINGS,
INC.; SONY MUSIC ENTERTAINMENT,
INC.; MOTOWN RECORD COMPANY,
L.P.; ARISTA RECORDS, INC.;
FONOVISA, INC.; BMG MUSIC;
ATLANTIC RECORDING
CORPORATION; ELEKTRA
ENTERTAINMENT GROUP, INC.;
PRIORITY RECORDS LLC; and VIRGIN
RECORDS AMERICA, INC.,

            Plaintiffs,

-vs-                                        Case No. 6:04-cv-197-Orl-22DAB

DOES 1--25,

            Defendants.

_____

## ORDER

Motion of Amici Curiae Public Citizen, American Civil Liberties Union, Electronic Frontier Foundation, and ACLU of Florida for Leave to File Memorandum as Amici Curiae Addressing Motion for Expedited Discovery (Doc. No. 9) was filed in the above-styled case. It fails to comply with the requirements of either the Federal Rules of Civil Procedure or the Local Rule 1.05(d) of the Middle District of Florida. Local Rule 1.05(d) reads as follows:

> (d) All pleadings, motions, briefs, applications and other papers tendered by counsel for filing shall be signed personally by counsel as required by Rule 11, Fed. R. Civ. P.

10

      Immediately under every signature line, additional information shall be given as indicated in the example below:

          (Signature of Counsel)
          Typed Name of Counsel
          Florida Bar Identification Number (if admitted to practice in Florida)
          Firm or Business Name
          Mailing Address
          City, State, Zip Code
          Telephone Number
          Facsimile Phone Number (if available)

United States District Court for the Middle District of Florida, Local Rule 1.05(d). The Motion was not signed by Randall Marshall, whose name was typed as counsel below the signature line, but by someone else whose signature is illegible and is not listed with a typed name or Florida Bar number in the signature block.

    The document is **ORDERED** stricken and the Clerk is directed to return it to the submitting party with a copy of this Order. Additionally, any responses required to be filed because of the stricken document will not be required and will also be stricken and returned.

    **DONE** and **ORDERED** in Orlando, Florida this 31st day of March, 2004.

                                              DAVID A. BAKER
                                          UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record

F I L E   C O P Y

ate Printed: 04/01/2004

otice sent to:

   ___  Karen L. Stetson, Esq.
        Broad & Cassel
        Miami Center, Suite 3000
        201 S. Biscayne Blvd.
        Miami, FL  33131

        6:04-cv-00197    rdo

   ___  Randall C. Marshall, Esq.
        American Civil Liberties Union
        Foundation of Florida, Inc.
        4500 Biscayne Blvd., Suite 340
        Miami, FL  33137

        6:04-cv-00197    rdo