**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**



| | |
|---|---|
| CAPITOL RECORDS, INC.; ELEKTRA ENTERTAINMENT GROUP, INC.; ARISTA RECORDS, INC.;SONY MUSIC ENTERTAINMENT, INC.; INTERSCOPE RECORDS; ATLANTIC RECORDING CORPORATION; ; PRIORITY RECORDS LLC; and VIRGIN RECORDS AMERICA, INC.,<br><br>          Plaintiffs,<br><br>-vs-<br><br>JOHN DOE,<br>          Defendant. | Case No.  6:04-cv-197-Orl-22DAB |
| PRIORITY RECORDS LLC; WARNER BROTHERS RECORDS, INC.; BMG MUSIC; MAVERICK RECORDING COMPANY; UMG RECORDINGS, INC.; SONY MUSIC ENTERTAINMENT, INC.; and VIRGIN RECORDS AMERICA, INC.,<br><br>          Plaintiffs,<br><br>-vs-<br><br>JOHN DOE,<br>          Defendant. | Case No.  6:04-cv-656-Orl-22DAB |
| SONY MUSIC ENTERTAINMENT, INC.; WARNER BROTHERS RECORDS, INC.; MOTOWN RECORD COMPANY, L.P.; UMG RECORDINGS, INC.; BMG MUSIC; VIRGIN RECORDS AMERICA, INC.; and ARISTA RECORDS, INC.,<br><br>          Plaintiffs,<br><br>-vs-<br><br>JOHN DOE,<br>          Defendant. | Case No.  6:04-cv-657-Orl-22DAB |



ARISTA RECORDS, INC.; BMG MUSIC; MOTOWN RECORD COMPANY, L.P.; SONY MUSIC ENTERTAINMENT, INC.; INTERSCOPE RECORDS; WARNER BROTHERS RECORDS, INC.; and ELEKTRA ENTERTAINMENT GROUP,
                Plaintiffs,

-vs-                                    Case No.  6:04-cv-658-Orl-22DAB

JOHN DOE,
                Defendant.
_____

ELEKTRA ENTERTAINMENT GROUP, INC.; INTERSCOPE RECORDS; SONY MUSIC ENTERTAINMENT, INC.; UMG RECORDINGS, INC.;  ARISTA RECORDS, INC.; and MAVERICK RECORDING COMPANY,
                Plaintiffs,

-vs-                                    Case No.  6:04-cv-659-Orl-22DAB

JOHN DOE,
                Defendant.
_____

ELEKTRA ENTERTAINMENT GROUP, INC.; SONY MUSIC ENTERTAINMENT, INC.; ARISTA RECORDS, INC.; MBG MUSIC; MOTOWN RECORD COMPANY, L.P., and UMG RECORDINGS, INC.,
                Plaintiffs,

-vs-                                      Case No.  6:04-cv-660-Orl-22DAB

JOHN DOE,
                Defendant.
_____

INTERSCOPE RECORDS; UMG RECORDINGS, INC.; MAVERICK RECORDING COMPANY; CAPITOL RECORDS, INC.; BMG MUSIC; and SONY MUSIC ENTERTAINMENT, INC.,
      Plaintiffs,

-vs-            Case No. 6:04-cv-661-Orl-22DAB

JOHN DOE,
      Defendant.

---

CAPITOL RECORDS, INC.; SONY MUSIC ENTERTAINMENT, INC.; UMG RECORDINGS, INC.; and WARNER BROTHERS RECORDS, INC.,
      Plaintiffs,

-vs-            Case No. 6:04-cv-662-Orl-22DAB

JOHN DOE,
      Defendant.

---

SONY MUSIC ENTERTAINMENT, INC.; ATLANTIC RECORDING CORPORATION; UMG RECORDINGS, INC.; BMG MUSIC; VIRGIN RECORDS AMERICA, INC.; INTERSCOPE RECORDS; and ARISTA RECORDS, INC.,
      Plaintiffs,

-vs-            Case No. 6:04-cv-663-Orl-22DAB

JOHN DOE,
      Defendant.

---

UMG RECORDINGS, INC.; SONY MUSIC ENTERTAINMENT, INC.; BMG MUSIC; INTERSCOPE RECORDS; and VIRGIN RECORDS AMERICA, INC.,
      Plaintiffs,

-vs-            Case No. 6:04-cv-665-Orl-22DAB

JOHN DOE,
      Defendant.

ARISTA RECORDS, INC.; UMG
RECORDINGS, INC.; SONY MUSIC
ENTERTAINMENT, INC.; WARNER
BROTHERS RECORDS, INC.;
MAVERICK RECORDING COMPANY;
and INTERSCOPE RECORDS,
       **Plaintiffs,**

-vs-               **Case No.  6:04-cv-666-Orl-22DAB**

JOHN DOE,
       **Defendant.**
___

INTERSCOPE RECORDS; UMG
RECORDINGS, INC.; CAPITOL
RECORDS, INC.; ELEKTRA
ENTERTAINMENT GROUP, INC.; BMG
MUSIC; and ARISTA RECORDS, INC.,
       **Plaintiffs,**

-vs-               **Case No.  6:04-cv-667-Orl-22DAB**

JOHN DOE,
       **Defendant.**
___

ARISTA RECORDS, INC.; CAPITOL
RECORDS, INC.; SONY MUSIC
ENTERTAINMENT, INC.; and UMG
RECORDINGS, INC.,
       **Plaintiffs,**

-vs-               **Case No.  6:04-cv-668-Orl-22DAB**

JOHN DOE,
       **Defendant.**
___

BMG MUSIC; UMG RECORDINGS, INC.;
MAVERICK RECORDING COMPANY;
LONDON-SIRE RECORDS, INC.; and
ELEKTRA ENTERTAINMENT GROUP,
INC.,
       Plaintiffs,

-vs-              Case No. 6:04-cv-669-Orl-22DAB

JOHN DOE,
       Defendant.

---

SONY MUSIC ENTERTAINMENT, INC.;
ELEKTRA ENTERTAINMENT GROUP,
INC.; CAPITOL RECORDS, INC.; and
BMG MUSIC,
        Plaintiffs,

-vs-              Case No. 6:04-cv-670-Orl-22DAB

JOHN DOE,
       Defendant.

---

ELEKTRA ENTERTAINMENT GROUP,
INC.; BMG MUSIC; SONY MUSIC
ENTERTAINMENT, INC.; CAPITOL
RECORDS, INC.; ATLANTIC
RECORDING CORPORATION; WARNER
BROS. RECORDS, INC.; and ARISTA
RECORDS, INC.,
        Plaintiffs,

-vs-              Case No. 6:04-cv-671-Orl-22DAB

JOHN DOE,
       Defendant.

---

BMG MUSIC; ARISTA RECORDS, INC.;
SONY MUSIC ENTERTAINMENT, INC.;
and UMG RECORDINGS, INC.,
        Plaintiffs,

-vs-              Case No. 6:04-cv-672-Orl-22DAB

JOHN DOE,
       Defendant.

ELEKTRA ENTERTAINMENT GROUP, INC.; BMG MUSIC; MOTOWN RECORD COMPANY, L.P.; and UMG RECORDINGS, INC.,
          Plaintiffs,

-vs-                              Case No. 6:04-cv-673-Orl-22DAB

JOHN DOE,
          Defendant.
_____

BMG MUSIC; ARISTA RECORDS, INC.; SONY MUSIC ENTERTAINMENT, INC.; and UMG RECORDINGS, INC.,
          Plaintiffs,

-vs-                              Case No. 6:04-cv-674-Orl-22DAB

JOHN DOE,
          Defendant.
_____

SONY MUSIC ENTERTAINMENT, INC.; UMG RECORDINGS, INC.; ARISTA RECORDS, INC.; BMG MUSIC; and WARNER BROTHERS RECORDS, INC.,
          Plaintiffs,

-vs-                              Case No. 6:04-cv-675-Orl-22DAB

JOHN DOE,
          Defendant.
_____

UMG RECORDINGS, INC.; SONY MUSIC ENTERTAINMENT, INC.; BMG MUSIC; CAPITOL RECORDS, INC.; and WARNER BROTHERS RECORDS, INC.,
          Plaintiffs,

-vs-                              Case No. 6:04-cv-676-Orl-22DAB

JOHN DOE,
          Defendant.
_____

MAVERICK RECORDING COMPANY;
BMG MUSIC; ELEKTRA
ENTERTAINMENT GROUP, INC.;
CAPITOL RECORDS, INC.; ARISTA
RECORDS, INC.; CAROLINE RECORDS,
INC.; and SONY MUSIC
ENTERTAINMENT, INC.,
      Plaintiffs,

-vs-                Case No. 6:04-cv-677-Orl-22DAB

JOHN DOE,
      Defendant.

---

ARISTA RECORDS, INC.; SONY MUSIC
ENTERTAINMENT, INC.; CAPITOL
RECORDS, INC.; UMG RECORDINGS,
INC.; WARNER BROTHERS RECORDS,
INC.; and VIRGIN RECORDS AMERICA,
INC.,
      Plaintiffs,

-vs-                Case No. 6:04-cv-678-Orl-22DAB

JOHN DOE,
      Defendant.

---

BMG MUSIC; PRIORITY RECORDS,
LLC; ARISTA RECORDS, INC.; UMG
RECORDINGS, INC.; and INTERSCOPE
RECORDS,
      Plaintiffs,

-vs-                Case No. 6:04-cv-679-Orl-22DAB

JOHN DOE,
      Defendant.

---

INTERSCOPE RECORDS; FONOVISA,
INC.; SONY MUSIC ENTERTAINMENT,
INC.; and UMG RECORDINGS, INC.,
      Plaintiffs,

-vs-                Case No. 6:04-cv-680-Orl-22DAB

JOHN DOE,
      Defendant.

## NOTICE OF HEARING

**TAKE NOTICE** that Oral Argument on Plaintiffs' *Ex Parte* Applications for Leave to Take Immediate Discovery will be held before the undersigned on **MONDAY, MAY 24, 2004** at **11:30 A.M.** in Courtroom #6, George C. Young U.S. Courthouse and Federal Building, 80 North Hughey Avenue, Orlando, Florida.

**DONE** and **ORDERED** in Orlando, Florida on May 19, 2004.

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record

**PLEASE NOTE:** **Photo identification** is required to enter the United States Courthouse. Also, **cellular telephones** and **laptop computers** are prohibited in the Courthouse unless otherwise allowed pursuant to order of the Court.

F I L E   C O P Y

Date Printed: 05/19/2004

Notice sent to:

    ___    Karen L. Stetson, Esq.
Broad & Cassel
Miami Center, Suite 3000
201 S. Biscayne Blvd.
Miami, FL  33131

6:04-cv-00197    rdo

    ___    Randall C. Marshall, Esq.
American Civil Liberties Union
Foundation of Florida, Inc.
4500 Biscayne Blvd., Suite 340
Miami, FL  33137

6:04-cv-00197    rdo