# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

CAPITOL RECORDS, INC.; ELEKTRA
ENTERTAINMENT GROUP, INC.;
ARISTA RECORDS, INC.;SONY MUSIC
ENTERTAINMENT, INC.; INTERSCOPE
RECORDS; ATLANTIC RECORDING
CORPORATION; ; PRIORITY RECORDS
LLC; and VIRGIN RECORDS AMERICA,
INC.,

                **Plaintiffs,**

-vs-                                        Case No. 6:04-cv-197-Orl-22DAB

JOHN DOE

                **Defendant.**

| JUDGE | **David A. Baker** | DATE AND TIME | June 7, 2004 1:50- |
|---|---|---|---|
| DEPUTY CLERK | Kim Anderson | TAPE/REPORTER | 2004-27:6278-8609 |
| COUNSEL/PLTF.(S) | Karen Stetson, Tom Perrelli | COUNSEL/DEFT.(S) | |

## CLERK'S MINUTES
### HEARING ON MOTION

6278 Case called, appearances made, procedural setting by Court
6390 Pla . counsel Perrelli addresses the court
6680 Court asks pla counsel what is the proper identifier
6789 Pla counsel states they do not know where the bulk of the defendants are
7765 Court states it isn't something this court will authorize
7955 Pla counsel states they are able to make a substantial amount of headway
7995 Court to issue a subpoena to BrightHouse
8178 Court -pla may need to amend the complaint
8590 Court states a separate order is to be entered
8609 Court adjourned