# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION



| | |
|---|---|
| CAPITOL RECORDS, INC.; ELEKTRA ENTERTAINMENT GROUP, INC.; ARISTA RECORDS, INC.;SONY MUSIC ENTERTAINMENT, INC.; INTERSCOPE RECORDS; ATLANTIC RECORDING CORPORATION; ; PRIORITY RECORDS LLC; and VIRGIN RECORDS AMERICA, INC., <br>   Plaintiffs, <br><br> -vs- <br><br> JOHN DOE, <br>   Defendant. | Case No. 6:04-cv-197-Orl-22DAB |
| PRIORITY RECORDS LLC; WARNER BROTHERS RECORDS, INC.; BMG MUSIC; MAVERICK RECORDING COMPANY; UMG RECORDINGS, INC.; SONY MUSIC ENTERTAINMENT, INC.; and VIRGIN RECORDS AMERICA, INC., <br>   Plaintiffs, <br><br> -vs- <br><br> JOHN DOE, <br>   Defendant. | Case No. 6:04-cv-656-Orl-22DAB |
| SONY MUSIC ENTERTAINMENT, INC.; WARNER BROTHERS RECORDS, INC.; MOTOWN RECORD COMPANY, L.P.; UMG RECORDINGS, INC.; BMG MUSIC; VIRGIN RECORDS AMERICA, INC.; and ARISTA RECORDS, INC., <br>   Plaintiffs, <br><br> -vs- <br><br> JOHN DOE, <br>   Defendant. | Case No. 6:04-cv-657-Orl-22DAB |

ARISTA RECORDS, INC.; BMG MUSIC;
MOTOWN RECORD COMPANY, L.P.;
SONY MUSIC ENTERTAINMENT, INC.;
INTERSCOPE RECORDS; WARNER
BROTHERS RECORDS, INC.; and
ELEKTRA ENTERTAINMENT GROUP,

                        **Plaintiffs,**

-vs-                                              Case No.  6:04-cv-658-Orl-22DAB

JOHN DOE,

                        **Defendant.**

---

ELEKTRA ENTERTAINMENT GROUP,
INC.; INTERSCOPE RECORDS; SONY
MUSIC ENTERTAINMENT, INC.; UMG
RECORDINGS, INC.;  ARISTA
RECORDS, INC.; and MAVERICK
RECORDING COMPANY,

                        **Plaintiffs,**

-vs-                                                Case No.  6:04-cv-659-Orl-22DAB

JOHN DOE,

                        **Defendant.**

---

ELEKTRA ENTERTAINMENT GROUP,
INC.; SONY MUSIC ENTERTAINMENT,
INC.; ARISTA RECORDS, INC.; MBG
MUSIC; MOTOWN RECORD COMPANY,
L.P., and UMG RECORDINGS, INC.,
                        **Plaintiffs,**

-vs-                                                Case No.  6:04-cv-660-Orl-22DAB

JOHN DOE,
                        **Defendant.**

INTERSCOPE RECORDS; UMG RECORDINGS, INC.; MAVERICK RECORDING COMPANY; CAPITOL RECORDS, INC.; BMG MUSIC; and SONY MUSIC ENTERTAINMENT, INC.,

                Plaintiffs,

-vs-            Case No. 6:04-cv-661-Orl-22DAB

JOHN DOE,

                Defendant.

---

CAPITOL RECORDS, INC.; SONY MUSIC ENTERTAINMENT, INC.; UMG RECORDINGS, INC.; and WARNER BROTHERS RECORDS, INC.,

                Plaintiffs,

-vs-            Case No. 6:04-cv-662-Orl-22DAB

JOHN DOE,

                Defendant.

---

SONY MUSIC ENTERTAINMENT, INC.; ATLANTIC RECORDING CORPORATION; UMG RECORDINGS, INC.; BMG MUSIC; VIRGIN RECORDS AMERICA, INC.; INTERSCOPE RECORDS; and ARISTA RECORDS, INC.,

                Plaintiffs,

-vs-            Case No. 6:04-cv-663-Orl-22DAB

JOHN DOE,

                Defendant.

UMG RECORDINGS, INC.; SONY MUSIC
ENTERTAINMENT, INC.; BMG MUSIC;
INTERSCOPE RECORDS; and VIRGIN
RECORDS AMERICA, INC.,

       **Plaintiffs,**

-vs-                 Case No. **6:04-cv-665-Orl-22DAB**

JOHN DOE,

       **Defendant.**

---

ARISTA RECORDS, INC.; UMG
RECORDINGS, INC.; SONY MUSIC
ENTERTAINMENT, INC.; WARNER
BROTHERS RECORDS, INC.;
MAVERICK RECORDING COMPANY;
and INTERSCOPE RECORDS,

       **Plaintiffs,**

-vs-                 Case No. **6:04-cv-666-Orl-22DAB**

JOHN DOE,

       **Defendant.**

---

INTERSCOPE RECORDS; UMG
RECORDINGS, INC.; CAPITOL
RECORDS, INC.; ELEKTRA
ENTERTAINMENT GROUP, INC.; BMG
MUSIC; and ARISTA RECORDS, INC.,

       **Plaintiffs,**

-vs-                 Case No. **6:04-cv-667-Orl-22DAB**

JOHN DOE,

       **Defendant.**

ARISTA RECORDS, INC.; CAPITOL RECORDS, INC.; SONY MUSIC ENTERTAINMENT, INC.; and UMG RECORDINGS, INC.,

          **Plaintiffs,**

-vs-                                                  Case No.  6:04-cv-668-Orl-22DAB

JOHN DOE,

          **Defendant.**

---

BMG MUSIC; UMG RECORDINGS, INC.; MAVERICK RECORDING COMPANY; LONDON-SIRE RECORDS, INC.; and ELEKTRA ENTERTAINMENT GROUP, INC.,

          **Plaintiffs,**

-vs-                                                  Case No.  6:04-cv-669-Orl-22DAB

JOHN DOE,

          **Defendant.**

---

SONY MUSIC ENTERTAINMENT, INC.; ELEKTRA ENTERTAINMENT GROUP, INC.; CAPITOL RECORDS, INC.; and BMG MUSIC,

          **Plaintiffs,**

-vs-                                                  Case No.  6:04-cv-670-Orl-22DAB

JOHN DOE,

          **Defendant.**

---

**ELEKTRA ENTERTAINMENT GROUP, INC.; BMG MUSIC; SONY MUSIC ENTERTAINMENT, INC.; CAPITOL RECORDS, INC.; ATLANTIC RECORDING CORPORATION; WARNER BROS. RECORDS, INC.; and ARISTA RECORDS, INC.,**

      **Plaintiffs,**

-vs-                Case No. 6:04-cv-671-Orl-22DAB

**JOHN DOE,**

      **Defendant.**

---

**BMG MUSIC; ARISTA RECORDS, INC.; SONY MUSIC ENTERTAINMENT, INC.; and UMG RECORDINGS, INC.,**

      **Plaintiffs,**

-vs-                Case No. 6:04-cv-672-Orl-22DAB

**JOHN DOE,**

      **Defendant.**

---

**ELEKTRA ENTERTAINMENT GROUP, INC.; BMG MUSIC; MOTOWN RECORD COMPANY, L.P.; and UMG RECORDINGS, INC.,**

      **Plaintiffs,**

-vs-                Case No. 6:04-cv-673-Orl-22DAB

**JOHN DOE,**

      **Defendant.**

---

BMG MUSIC; ARISTA RECORDS, INC.;
SONY MUSIC ENTERTAINMENT, INC.;
and UMG RECORDINGS, INC.,

       Plaintiffs,

-vs-                    Case No.  6:04-cv-674-Orl-22DAB

JOHN DOE,

       Defendant.
_____

SONY MUSIC ENTERTAINMENT, INC.;
UMG RECORDINGS, INC.; ARISTA
RECORDS, INC.; BMG MUSIC; and
WARNER BROTHERS RECORDS, INC.,

       Plaintiffs,

-vs-                    Case No.  6:04-cv-675-Orl-22DAB

JOHN DOE,

       Defendant.
_____

UMG RECORDINGS, INC.; SONY MUSIC
ENTERTAINMENT, INC.; BMG MUSIC;
CAPITOL RECORDS, INC.; and
WARNER BROTHERS RECORDS, INC.,

       Plaintiffs,

-vs-                    Case No.  6:04-cv-676-Orl-22DAB

JOHN DOE,

       Defendant.
_____

MAVERICK RECORDING COMPANY;
BMG MUSIC; ELEKTRA
ENTERTAINMENT GROUP, INC.;
CAPITOL RECORDS, INC.; ARISTA
RECORDS, INC.; CAROLINE RECORDS,
INC.; and SONY MUSIC
ENTERTAINMENT, INC.,

      **Plaintiffs,**

-vs-                Case No. 6:04-cv-677-Orl-22DAB

JOHN DOE,

      **Defendant.**

---

ARISTA RECORDS, INC.; SONY MUSIC
ENTERTAINMENT, INC.; CAPITOL
RECORDS, INC.; UMG RECORDINGS,
INC.; WARNER BROTHERS RECORDS,
INC.; and VIRGIN RECORDS AMERICA,
INC.,

      **Plaintiffs,**

-vs-                Case No. 6:04-cv-678-Orl-22DAB

JOHN DOE,

      **Defendant.**

---

BMG MUSIC; PRIORITY RECORDS,
LLC; ARISTA RECORDS, INC.; UMG
RECORDINGS, INC.; and INTERSCOPE
RECORDS,

      **Plaintiffs,**

-vs-                Case No. 6:04-cv-679-Orl-22DAB

JOHN DOE,

      **Defendant.**

INTERSCOPE RECORDS; FONOVISA, INC.; SONY MUSIC ENTERTAINMENT, INC.; and UMG RECORDINGS, INC.,

                **Plaintiffs,**

-vs-                                          **Case No. 6:04-cv-680-Orl-22DAB**

JOHN DOE,

                **Defendant.**

## ORDER

This cause came on for consideration with oral argument on June 7, 2004 on the following motions filed in the cases herein:

| |
|---|
| **MOTIONS:** Plaintiffs' *Ex Parte* Applications for Leave to Take Immediate Discovery[1] |

| |
|---|
| **THEREON** it is **ORDERED** that the motions are **GRANTED as set forth herein.** |

Plaintiffs are suing the as-yet-unidentified Defendants – named as John Does – in these 25 cases for copyright infringement on music recordings downloaded or uploaded over the Internet allegedly in violation of copyright laws.

In order to identify the Defendants, all of whom Plaintiffs allege obtained access[2] to the Internet through Bright House, Plaintiffs intend to serve a Rule 45 subpoena on Bright House seeking the Defendants' true names, addresses, telephone numbers, email addresses and Media Access Control addresses. Once Plaintiffs learn the Defendants' identifying information, Plaintiffs will contact the individuals to attempt to resolve the disputes. If the dispute is not

---

[1] Doc. No. 16 in 6:04cv197-Orl-22DAB; Doc. No. 3 in 6:04cv663-Orl-22DAB and 6:04cv673-Orl-22DAB; and Doc. No. 4 in all other cases listed above.

[2] Even once Plaintiffs obtain the Internet Protocol ("IP") address assigned to a specific computer, Plaintiffs will have to engage in further discovery (formal or informal) to ascertain the identity of the actual user of that computer who committed the allegedly infringing activity.

resolved and it is determined that it would be more appropriate to litigate the copyright infringement claims in another jurisdiction, Plaintiffs' counsel stated (in the Motions and at oral argument) that they would dismiss the present lawsuits and re-file in, or seek to transfer the actions to, other jurisdictions.

It is **ORDERED** that Plaintiffs may serve immediately a Rule 45 subpoena on Bright House Networks that seeks information sufficient to identity each Doe Defendant, including the name, address, telephone number, email address, and Media Access Control address for each Defendant.

It is **FURTHER ORDERED** that any information ultimately disclosed to Plaintiffs in response to the Rule 45 subpoena may be used by Plaintiffs solely for the purpose of protecting Plaintiffs' rights under the Copyright Act.

It is **FURTHER ORDERED** that Plaintiffs must serve a copy of this Order on Bright House Networks when they serve the subpoena. If Bright House Networks wishes to file a motion to quash the subpoena or to serve objections, it must do so before the return date of the subpoena, which shall be no less than twenty-one (21) days from the date of service of the subpoena. If and when Bright House Networks is served with a subpoena, it shall give written notice, which can include use of email, to the subscribers in question within five (5) business days. Bright House shall preserve any subpoenaed information or materials pending compliance with the subpoena or resolution of any timely objection or motion to quash.

Plaintiffs are not authorized to obtain any additional formal discovery or to amend their complaints absent leave of Court.

**DONE** and **ORDERED** in Orlando, Florida this 10th day of June, 2004.

*/s/ David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record

```
                              F I L E   C O P Y
Date Printed: 06/14/2004


Notice sent to:

        ___     Karen L. Stetson, Esq.
                Broad & Cassel
                Miami Center, Suite 3000
                201 S. Biscayne Blvd.
                Miami, FL  33131

                6:04-cv-00197    rdo

        ___     Randall C. Marshall, Esq.
                American Civil Liberties Union
                Foundation of Florida, Inc.
                4500 Biscayne Blvd., Suite 340
                Miami, FL  33137

                6:04-cv-00197    rdo
```