UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CAPITOL RECORDS, INC.; ELEKTRA
ENTERTAINMENT GROUP, INC.;
ARISTA RECORDS, INC.; SONY MUSIC
ENTERTAINMENT, INC.; INTERSCOPE
RECORDS; ATLANTIC RECORDING
CORPORATION; PRIORITY RECORDS
LLC.; and VIRGIN RECORDS AMERICA,
INC.,

Case No. 6:04-cv-197-OrI-22DAB

Plaintiffs,

v.

JOHN DOE,

Defendant.

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiffs, CAPITOL RECORDS, INC., et al., pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), hereby give notice of voluntarily dismissing the above-captioned action without prejudice due to inability to obtain the identity of the Doe Defendant.

BROAD AND CASSEL
Attorneys for Plaintiffs
Miami Center, Suite 3000
201 South Biscayne Boulevard
Miami, Florida 33131
Telephone: 305. 373.9400
Facsimile: 305.373.9443

By: s/Karen L. Stetson
    Karen L. Stetson
    Florida Bar No. 742963

MIA1\COMMLIT\303774.1
31356/0018 KLS